NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN A. McLEOD,                    )
                                     )
       Appellant,            )
                                     )
v.                                   )     Case No. 2D18-3885
                                     )
STATE OF FLORIDA,                    )
                                     )
       Appellee.             )
_____    )

Opinion filed August 14, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Steven A. McLeod, pro se.


PER CURIAM.


      Affirmed.


KELLY, BLACK, and ATKINSON, JJ., Concur.